UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHRISTOPHER CHOW**,

    Plaintiff,

  v.

**RIVERSOURCE LIFE INSURANCE COMPANY, ET AL.**,

    Defendants.

Case No. 16-cv-00563-YGR

**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 23

Defendants Ameriprise Financial Services, Inc. and RiverSource Life Insurance Company have filed a request to appear telephonically at the first case management conference scheduled in this case, set for May 9, 2016 at 2:00 p.m. (Dkt. No. 23.) Counsel bases the request on the inconvenience of traveling to the Oakland courthouse.

The request to appear by telephone is **DENIED**. Pursuant to the Court's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause. The request to allow non-lead counsel to appear in lieu of lead counsel is also **DENIED.**

In fact, lead counsel shall be prepared to discuss the application of *Pimentel v. Conselho Supremo De Uniao Portugueza Do Estado Da California*, 6 Cal. 2d 182 (1936) and its progeny at the case management conference.

If necessary, the Court will entertain a request for a short continuance.

This Order terminates Docket No. 23.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**