UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **CHRISTOPHER CHOW**, <br> Plaintiff, <br> v. <br> **RIVERSOURCE LIFE INSURANCE COMPANY, ET AL.**, <br> Defendants. | Case No. 16-cv-00563-YGR <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING** <br><br> Re: Dkt. No. 39 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from July 18, 2016 to **Monday, October 24, 2016** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1. The parties shall submit an updated Case Management Statement by **October 17, 2016.**

The Court **SETS** a compliance hearing regarding the status of the parties' mediation for **Friday, October 13, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **October 6, 2016**, the parties shall file a one-page JOINT STATEMENT updating the Court on the status of their mediation efforts. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

**IT IS SO ORDERED.**

Dated: July 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**